THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 Charleston
 County Department of Social Services, Respondent,
 
 
 
 
 

v.

 
 
 
 Synora C.,
 Nathaniel L., Tyrone R., Anthony W., and John  Doe, Defendants,
 
 Of whom Nathaniel
 L. is the Appellant.
 
 
 In
 the interest of one minor child. 
 
 
 

Appeal From Charleston County
Jocelyn B. Cate, Family Court Judge

Unpublished Opinion No. 2010-UP-566
 Submitted December 1, 2010  Filed
December 23, 2010    

AFFIRMED

 
 
 
 Ellen Howard Bentz, of Charleston, for
 Appellant.
 Bonnie T. Brisbane, of North Charleston,
 for Respondent.
 Jennifer Ann Jordan, of Charleston, Guardian
 ad Litem.
 
 
 

PER CURIAM: Nathaniel L.appeals from the family court's order terminating his
 parental rights to his minor child.  See S.C.
 Code Ann. § 63-7-2570 (2010).  Upon a thorough review of the record and the
 family court's findings of fact and conclusions of law pursuant to Ex Parte
 Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues
 warrant briefing.  Accordingly, we affirm the family court's ruling.   
AFFIRMED.[1]
FEW, C.J.,
 HUFF, J., and LOCKEMY, J, concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.